**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2780**

---

OPAL HERNANDEZ, wife of James Hernandez; JAMES
HERNANDEZ,

            Plaintiffs - Appellants,

   versus

ARTHUR H. HOFFMAN; MARY C. HOFFMAN, wife of
Arthur H. Hoffman; RAND W. HOFFMAN; CHERYL
HOFFMAN, wife of Rand W. Hoffman; LAURA J.
WETSCH, Attorney at Law; DANNY LEE ALLEN,
Deputy Sheriff of Johnston County; R. FRANK
GRAY, Attorney at Law,

            Defendants - Appellees,

   and

KNOX V. JENKINS, Judge of Superior Court,
County of Johnston,

            Defendant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, District Judge.  (CA-96-543-5-BR)

---

Submitted:  March 13, 1997     Decided:  March 18, 1997

---

Before HALL, ERVIN, and WILKINS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Opal Hernandez, James Hernandez, Appellants Pro Se.  Ralph Frank Gray, Laura J. Wetsch, JORDAN, PRICE, WALL, GRAY & JONES, L.L.P., Raleigh, North Carolina; Howard Edwards Manning, Sr., Kristen Gardner Lingo, MANNING, FULTON & SKINNER, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order adopting the magistrate judge's report and recommendation dismissing their 42 U.S.C. §§ 1983, 1985 (1994) action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Hernandez v. Hoffman, No. CA-96-543-5-BR (E.D.N.C. Nov. 6, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED